UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Media Digital, Inc.</u>

         v.

                                      Civil No. 12-cv-313-JL

<u>Toshiba America Information Systems, Inc.</u>

<u>Media Digital, Inc.</u>

         v.

                                        Civil No. 13-cv-35-JL

<u>Amazon.com, Inc., et al.</u>

<u>Media Digital, Inc.</u>

         v.

                                        Civil No. 13-cv-57-SM

<u>Vizio, Inc.</u>

<u>ORDER OF CONSOLIDATION</u>

Pursuant to Fed. R. Civ. P. 42(a), the above cases are consolidated for all purposes. The parties' wishes for a "pretrial" limitation on consolidation were noted, but ultimately unavailing.

Civil case number Civil No. 12-cv-313-JL has been designated as the main case. Henceforth, these consolidated cases shall be considered as one case and all pleadings will be filed in the main case.   They shall be captioned with that case number.   The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related case.

The former related case shall be statistically closed.

Parties in the former related case will be added to the main case as consolidated plaintiffs/defendants, if applicable.

By the Court,

_____
Joseph N. Laplante
Chief Judge

Date: March 26, 2013

cc:   Counsel of Record