```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Media Digital, Inc.

    v.                                Civil No. 12-cv-00313-JL

Toshiba America Information
Systems, Inc. et al.

**O R D E R**

The defendants' motion for reconsideration (document no. 30) is GRANTED. The cases will be consolidated solely for pretrial proceedings up to and including summary judgment; each case will be tried separately. Plaintiff need not file a consolidated amended complaint as set forth in the court's April 8, 2013 procedural order. The March 26, 2013 order of consolidation and April 8, 2013 procedural order shall remain in effect except as modified by this order.

**SO ORDERED.**

                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

Dated: April 15, 2013

cc:  Corby R. Vowell, Esq.
     David K. Pinsonneault, Esq.
     Doris Johnson Hines, Esq.
     Haris Z. Bajwa, Esq.
     Bryan K. Gould, Esq.
     Philip R. Braley, Esq.
     Laura L. Carroll, Esq.
     Zachary Rush Gates, Esq.