UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

*************************************

MEDIA DIGITAL, INC.,                        *
                                            *
              Plaintiff,                     *          Civil Action No.  1:12-CV-313-JL
                                            *
vs.                                         *
                                            *
TOSHIBA AMERICA INFORMATION                 *
SYSTEMS, INC., AMAZON.COM, INC.,            *
and VIZIO, INC.,                            *
                                            *
                                            *
              Defendant.                     *

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Media Digital, Inc. and Defendant Amazon.com, Inc. announced to the Court that they have settled their respective claims for relief asserted in this cause.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against Amazon.com, Inc. by Media Digital, Inc. herein are dismissed, with prejudice;

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

So ORDERED AND SIGNED this 24th day of April, 2013.

_____
United States District Judge