```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Media Digital, Inc.

    v.                                  Civil No. 12-cv-313-JL

Toshiba America Information
Systems, Inc. and Vizio, Inc.


### **O R D E R**

This court's order of April 15, 2013, provided that Media Digital, Inc.'s actions against Toshiba America Information Systems, Inc., Vizio, Inc., and Amazon.com, Inc. would "be consolidated solely for pretrial proceedings up to and including summary judgment" and that "each case will be tried separately." So that arrangement is workable for both the parties and the court, the docket in Media Digital, Inc. v. Vizio, Inc., No. 13-cv-57, will be reopened, and that case will be reassigned to the undersigned judge.[1]  Notwithstanding the reopening of that docket, the parties shall continue to file dispositive motions and their responses, as well as documents related to scheduling, discovery, infringement, invalidity, and claim construction--including all filings required by this court's Supplemental Rules for Patent Cases--**on the docket for case number 12-cv-313 (the "main case")**, and the court will observe the same practice.

---

[1] In light of Media Digital's stipulation dismissing its claims against Amazon.com, the docket in Media Digital, Inc. v. Amazon.com, Inc., No. 13-cv-35, will not be reopened.

If the cases remain unresolved as trial approaches, trial and final pretrial filings, such as those required by Local Rule 16.2, shall be filed solely on the dockets for the individual cases to which they apply.  Any stipulation of dismissal shall be filed both in the main case and in the individual case to which it applies.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: May 1, 2013

cc: Corby R. Vowell, Esq.
    David K. Pinsonneault, Esq.
    Doris Johnson Hines, Esq.
    Haris Z. Bajwa, Esq.
    Bryan K. Gould, Esq.
    Philip R. Braley, Esq.
    Laura L. Carroll, Esq.
    Zachary Rush Gates, Esq.